UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

DONALD K. ALEXANDER, )
)
    Plaintiff, )
)
vs. ) Case No. 18-00498-CV-W-HFS
)
COCHLEAR AMERICAS, )
)
    Defendant. )
)

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss, is hereby GRANTED. It is further

**ORDERED** that

Plaintiff's motion for demand for jury trial, motion for court ruling, motion for leave to file complaint, motion to certify class and motion for default judgment, are hereby DENIED as moot.

| October 11, 2018 | Paige Wymore-Wynn |
|---|---|
| Date | Clerk |

Entered on: October 11, 2018      /s/ Christy Anderson
    (By) Deputy Clerk